UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                         BKY No.: 14-34922

Sandra Jo Bruess,

          Debtor.

NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Morrison Sund, PLLC and Matthew R. Burton, 5125 County Road 101, Suite 200, Minnetonka, MN 55345, are substituted as attorneys of record for the Debtor, Sandra Jo Bruess, in place of Roger H. Hippert and the law firm of Nierengarten & Hippert, Ltd.

MORRISON SUND PLLC

Dated: March 8, 2019

/e/ Matthew R. Burton
Matthew R. Burton (210018)
5125 County Road 101, Suite 200
Minnetonka, MN 55345
P: (952) 975-0050; F: (952) 975-0058
E: mburton@morrisonsund.com

Dated: March 8, 2019

Sandra Jo Bruess

NIERENGARTEN & HIPPERT, LTD.

Dated: March 8, 2019

Roger H. Hippert (45391)
11 North Minnesota, P.O. Box 214
New Ulm, MN 56073
P: (507) 359-2991
E: hh-nhltd@comcast.net